**LAW OFFICE OF PETER D. HOFFMAN, P.C.**
200 KATONAH AVENUE
VILLAGE COMMONS EAST
SECOND FLOOR
KATONAH, NY 10536

Phone: (914) 232-2242

Peter D. Hoffman, Esq.
ADMITTED NEW YORK, NEW JERSEY & WASHINGTON, DC
ADMITTED UNITED STATES DISTRICT COURTS FOR:
NEW JERSEY, NORTHERN DISTRICT OF TEXAS,
DISTRICT OF COLUMBIA, NORTHERN DISTRICT OF ILLINOIS
& SOUTHERN, NORTHERN & EASTERN DISTRICTS OF NEW YORK
ADMITTED UNITED STATES COURT OF FEDERAL CLAIMS
ADMITTED UNITED STATES COURT OF APPEALS:
SECOND, FOURTH & FIFTH CIRCUIT
ADMITTED UNITED STATES SUPREME COURT

June 25, 2015

**Via ECF**

Honorable Vincent L. Briccetti, USDJ
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Chambers, Room 630
White Plains, NY 10601-4150

Re:   M.P. v. Carmel Central School District, Docket No.:15-cv-03432(VLB)
      Status Conference

Your Honor:

     I am the attorney for the Plaintiff in the above-captioned matter. I am writing to request an adjournment of the status conference scheduled for June 30, 2015 due to a scheduling conflict. I have requested the consent of Defendant's counsel but am still awaiting a reply at the time of this filing. Should the status conference adjournment be granted, this office would consent to a tolling or extension of Defendant's time to answer the Complaint to a date to be set by the Court following a status conference.

     Accordingly, we respectfully request that the June 30, 2015 status conference be adjourned.

Respectfully submitted,
LAW OFFICE OF PETER D. HOFFMAN, P.C.

_____
Peter D. Hoffman, Esq. (PH- 8306)
Attorney for Plaintiff