UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
M.P., individually and o/b/o K.P.,

                              Plaintiffs,

      - against -

CARMEL CENTRAL SCHOOL DISTRICT,

                            Defendant.
-------------------------------------------------------------- x

ORDER

Docket No. 15-cv-03432(VLB)
Hon. Vincent L. Briccetti, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/15

        IT IS HEREBY ORDERED, upon consent of the parties, through their/its attorneys, that all documents contained in the Record of the underlying Special Education Impartial Hearing ("Hearing Record") to be sent to the Court from the New York State Office of State Review for the New York State Education Department, including, but not limited to, transcripts and documentary evidence, shall be filed by the Court under seal and shall not be filed on the Electronic Court Filing ("ECF") system.

Dated: 7/31/2015

LAW OFFICE OF PETER D. HOFFMAN, P.C.

By: _____
    Hope H. Harris (HH 2423)
    Attorneys for Plaintiffs
    M.P. o/b/o K.P.
    200 Katonah Avenue
    Katonah, NY 10536
    (914) 232-2242

Dated: 7/31/2015

SHAW, PERELSON, MAY & LAMBERT, LLP

By: _____
    Mark C. Rushfield (MR____)
    Attorneys for Defendant
    CARMEL CENTRAL SCHOOL DISTRICT
    21 Van Wagner Road
    Poughkeepsie, NY 12603
    (845) 486-4298

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.

Dated: August 3, 2015

→ The parties are directed to provide a complete unredacted copy of the record directly to Chambers
       VB, USDJ 8/3/15